No. 95–7285.   HILL *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 95–7286.   GEORGE *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No.. 95–7287.   FELKER *v.* THOMAS, WARDEN.   C. A. 11th Cir.   Certiorari denied.

No. 95–7288.   FAULHABER *v.* UNITED STATES.   C. A. 1st Cir.   Certiorari denied.

No. 95–7291.   MCLAUGHLIN *v.* NORTH CAROLINA.   Sup. Ct. N. C.   Certiorari denied.

No. 95–7292.   OTTO *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 95–7293.   PEREZ *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 95–7294.   O'NEAL *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 95–7296.   SCHWARTZ *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 95–7297.   WRIGHT *v.* ILLINOIS.   App. Ct. Ill., 1st Dist.   Certiorari denied.

No. 95–7301.   BARNETT *v.* MISSOURI DEPARTMENT OF CORRECTIONS ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 95–7306.   KARIM-PANAHI *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 9th Cir.   Certiorari denied.

No. 95–7307.   MANGUM *v.* HARGETT, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY.   C. A. 5th Cir.   Certiorari denied.

No. 95–7308.   MULFORD *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.